**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Stiven Duque Heredia,<br>Petitioner,<br>v.<br>Luis Rosa, Jr., et al.,<br>Respondents. | No. CV-26-06446-PHX-AMM<br>**ORDER** |

Petitioner filed this action under 28 U.S.C. § 2241 challenging his immigration detention under *Zadvydas v. Davis*, 533 U.S. 678 (2001). (Doc. 1.) The Court ordered Respondents to show cause why the Petition should not be granted. (Doc. 3.) Respondents' counsel "is unable to ascertain sufficient facts at this time to establish that there is a 'significant likelihood of removal in the reasonably foreseeable future.'" (Doc. 6 (citing *Zadvydas*, 533 U.S. at 701).) Accordingly, Respondents do not oppose Petitioner's request for release at this time. (*Id.*) The Court accepts this concession as non-opposition to granting the Petition.

///

///

///

///

///

///

Accordingly,

**IT IS ORDERED:**

(1) Petitioner's Petition for Writ of Habeas Corpus is **GRANTED** as to his request for release from custody. (Doc. 1.) The remainder of the Petition is **DENIED** as moot.

(2) Respondents must immediately release Petitioner from custody under the same conditions that existed before his detention.

(3) Respondents must provide a notice of compliance within **two (2) days** of this Order.

(4) Any pending motions are denied as moot and the Clerk of Court must enter judgment in Petitioner's favor and close this case.

Dated this 18th day of September, 2026.

Honorable Angela M. Martinez
United States District Judge